**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7191**

_____

JESSE THOMAS GRAHAM,

        Plaintiff - Appellant,

    v.

MELISSA EVANS,

        Defendant - Appellee,

    and

PAZAVAR C. PRIEST; JENNIFER L. WALSH; KIMBERLY GRANDE; LT. FRINKS,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03102-D)

_____

Submitted:  September 28, 2023                    Decided:  October 2, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jesse Thomas Graham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Thomas Graham appeals the district court's order entering judgment for Appellee on Graham's claims alleging a violation of his First Amendment rights and related torts based on the confiscation of his property by prison officials following a bench trial. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*